UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          :     CASE NO. 09-15580
                                      CHAPTER 13
JOHN C. SAUER
JANICE EMMONS SAUER              :     JUDGE BETH A. BUCHANAN
        DEBTORS
                                :     NOTICE OF TRANSMITTAL OF
                                      UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s).  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 918166    | $36.06 |

Debtors Address
JOHN C. SAUER
JANICE EMMONS SAUER
702 GLENCREST LANE
LOVELAND, OH  45140

                                        Respectfully submitted,

                              /s/    Margaret A. Burks, Esq.
                                     Margaret A. Burks, Esq.
                                     Chapter 13 Trustee
                                     Attorney No. OH 0030377

                                     Francis J. DiCesare, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0038798

                                     Karolina F. Perr, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0066193

                                     600 Vine Street, Suite 2200
                                     Cincinnati, OH 45202
                                     (513) 621-4488
                                     (513) 621 2643 (Facsimile)
                                     mburks@cinn13.org - Correspondence only
                                     fdicesare@cinn13.org
                                     kperr@cinn13.org
                                     cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 21, 2011.

/s/     Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.


Debtor(s)
JOHN C. SAUER
JANICE EMMONS SAUER
702 GLENCREST LANE
LOVELAND, OH  45140

Debtor(s) Counsel
HAROLD JARNICKI, ESQ.
576 MOUND COURT SUITE B
LEBANON, OH  45036


U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Debtors